UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: ANDREA VIKTORIA JONES,

                  Debtor.                  Case No. 11-32048-KRH
                                                  Chapter 13

UNION FIRST MARKET BANK,
successor to
MORTGAGE CAPITAL INVESTORS, INC.,

                  Movant,
v.

ANDREA VIKTORIA JONES,
GARY L. JONES, and
CARL M. BATES, TRUSTEE,

                  Respondents.

**ORDER GRANTING RELIEF FROM STAY AND RELIEF FROM CO-DEBTOR STAY**

Upon consideration of the motion of Union First Market Bank, successor to Mortgage Capital Investors, Inc., to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 16255 Wolf Creek Road, Montpelier, Virginia 23192, and is more particularly described as follows:

> ALL that certain lot, piece or parcel of land with improvements thereon and appurtenances thereunto belonging, lying and being in South Anna District, Hanover County, Virginia, known as Lot 3, Section II, Spring Grove, containing 10.9 acres, more or less, as shown on a plat prepared by Robert L. Downing, C.L.S., dated September 3, 1975, recorded in Subdivision Plat Book 4, pages 6 through 7D, Clerk's Office, Circuit Court, Hanover County, Virginia, to which plat reference is hereby made for a more particular description.
>
> BEING the same real estate conveyed to Gary Lee Jones and Andrea V. Jones, as

tenants by the entirety with the right of survivorship as at common law, by deed from Gary Lee Jones and Andrea V. Novakovic, now known as Andrea V. Jones, dated September 23, 2002, recorded immediately prior hereto in the Clerk's Office, Circuit Court, Hanover County, Virginia.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

IT IS FURTHER ORDERED that the automatic stay imposed by 11 U.S.C. § 1301 is modified to permit the movant and its successors and assigns to enforce it rights under the relevant loan documents and under state law against the co-debtor, Gary L. Jones.


ENTERED: _____                    _____
                                        UNITED STATES BANKRUPTCY COURT JUDGE

Order submitted by:

/s/ Kimberly A. Pierro
**KUTAK ROCK LLP**
Michael A. Condyles (VSB # 27807)
Kimberly A. Pierro (VSB # 71362)
1111 East Main Street, Suite 800
Richmond, Virginia 23219
(804) 644-1700
(804) 783-6192 facsimile
*Counsel to Union First Market Bank, successor*


Copy to:

*Debtor:*
Andrea Viktoria Jones
P.O. Box 336
Montpelier, VA 23192

*Counsel for Debtor:*
Roger C. Hurwitz, Esq.
The Debt Law Group, PLLC
Box 10
4036 Plank Road
Fredericksburg, VA 22407

4835-2384-7439.1                         2

*Chapter 13 Trustee:*
Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA  23218-1780

*United States Trustee*
Robert B. Van Arsdale, Esq.
United States Courthouse
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gary L. Jones
16255 Wolf Creek Road
Montpelier, Virginia 23192

## CERTIFICATION

  The undersigned certifies that the forgoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made, with the exception of language granting relief as to the co-debtor.

               _____/s/ Kimberly A. Pierro_____
                   Attorney for Movant

## **CERTIFICATE OF SERVICE**

       I hereby certify under penalty of perjury that on April 24, 2012, a true and correct copy of the foregoing was served to all necessary parties by first-class mail as follows:

*Debtor:*
Andrea Viktoria Jones
P.O. Box 336
Montpelier, VA 23192

*Counsel for Debtor:*
Roger C. Hurwitz, Esq.
The Debt Law Group, PLLC
Box 10
4036 Plank Road
Fredericksburg, VA 22407

*Chapter 13 Trustee:*
Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA  23218-1780

*United States Trustee*
Robert B. Van Arsdale, Esq.
United States Courthouse
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gary L. Jones
16255 Wolf Creek Road
Montpelier, Virginia 23192


                                                    /s/ Kimberly A. Pierro
                                                               Counsel